**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAUREEN OTOSON,

                    Plaintiff,                        13 **CIVIL** 1521 (JPO)

        -against-                                **JUDGMENT**

SMBC LEASING AND FINANCE, INC., et al.,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 5, 2021,

1. Pursuant to the jury verdict in this case, Plaintiff Maureen Ottoson is entitled to recovery of $21,250 from Defendants SMBC and Lisa Saviñon under the NYCHRL. Plaintiff is also entitled to prejudgment interest at the New York statutory rate (nine percent) from August 1, 2012 (the date of Plaintiff's termination from SMBC) to March 5, 2021, which amounts to $16,427.40.$_3$ Therefore, Plaintiff's liability award with interest is **$37,677.40**.

2. Pursuant to the jury verdict in this case, all claims against David Ward are dismissed.

3. As the prevailing party under the NYCHRL, Plaintiff is entitled to $6,300 in attorney's fees and $7,033.75 in costs and expenses, for a total of **$13,333.75**.

4. Plaintiff's net recovery is **$51,011.15**.

5. The charging lien asserted by Corey Stark is vacated and Mr. Stark's request for fees is denied.

6. For the reasons discussed above, Defendants are entitled to an award of attorney's fees and costs from Plaintiff in the total amount of **$60,000**.

7. Because the amount of Plaintiff's recovery is less than the amount she owes Defendants in attorney's fees and costs, the Court concludes that it is appropriate to issue a single judgment that includes Plaintiff's recovery as an offset against the sanctions award.

8.  When Plaintiff's recovery is offset against Defendants' award, Defendants are entitled to a net amount of **$8,988.85** in attorney's fees and costs from Plaintiff; Judgment is hereby entered in favor of Defendants and against Plaintiff in the amount of $8,988.85; accordingly, this case is closed.

**Dated:** New York, New York
March 5, 2021

**RUBY J. KRAJICK**
**Clerk of Court**

BY: *[signature: David J. Thomas]*
**Deputy Clerk**